UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**ALEJANDRO ESPINOZA**                                    CASE NO. **1:24-cv-21390-KMW**

Plaintiff,

v.

**RAG TRADERS SIMON, LLC., DBA RAG & BONE.**
**A Foreign for Profit Corporation**,

Defendant,

_____/

**NOTICE OF SETTLEMENT**

Plaintiff, **ALEJANDRO ESPINOZA**, by and through his undersigned counsel, hereby gives the Court notice that Plaintiff, **ALEJANDRO ESPINOZA** and Defendant, **RAG TRADERS SIMON, LLC., DBA RAG & BONE.,** have reached a settlement in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

                  **Respectfully Submitted,**

                  **MENDEZ LAW OFFICES, PLLC**
                  Attorney for Plaintiff
                  P.O. BOX 228630
                  Miami, Florida 33172
                  Telephone: 305.264.9090
                  Facsimile:  305.809.8474
                  Email:info@mendezlawoffices.com
                  By: /s/ Diego German Mendez
                  DIEGO GERMAN MENDEZ, ESQ.
                  FL BAR NO.: 52748

###
